**FILED**

11/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0362

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0362

MASTERS GROUP INTERNATIONAL, INC.,

     Third-Party Plaintiff, Appellee, and
     Cross-Appellant,

V.

COMERICA BANK,

     Third-Party Defendant, Appellant, and
     Cross-Appellee.

---

## Grant of Unopposed Motion for Extension of Time

---

Pursuant to authority granted under Mont. R. App. P. 26, Appellee and Cross-Appellant may file and serve an answer brief and cross-appeal opening brief in this matter on or before December 14, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 5 2020